STATE OF NEW JERSEY v. JOSEPH BARNEY.

September 7, 1983.

Petition for certification denied.

SUSAN PASCARELLA v. HAROLD M. BRUCK.

September 7, 1983.

Petition for certification denied. (See 190 *N.J.Super.* 118)

TOWNSHIP OF PENNSAUKEN, STATE OF NEW JERSEY v. GERHARD J. SWEETMAN.

September 7, 1983.

Petition for certification denied.